UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

This Document Relates To:

| | |
|---|---|
| *Glenna M. Muse, et al. v. Bayer Pharmaceuticals Corporation, et al.* | No. 10-cv-11314-DRH |
| *Carol A. Nicholls-Gherman, et al. v. Bayer Pharmaceuticals Corporation, et al.* | No. 11-cv-11688-DRH |
| *Natalie Wilbeck v. Bayer Pharmaceuticals Corporation, et al.* | No. 10-cv-10555-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on June 17, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT
BY:  /s/*Caitlin Fischer*
            Deputy Clerk

**Dated:** June 19, 2014

Digitally signed by
David R. Herndon
Date: 2014.06.19
10:34:19 -05'00'

**APPROVED:**
        **CHIEF JUDGE**
        **U. S. DISTRICT COURT**